# PARKER HANSKI LLC
40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600

December 9, 2019

*Via ECF*
The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019
```

Re:     *Steven Nachshen v. East 14 Realty, LLC et al; Docket No. 1:18-cv-08304 (AJN)(SDA)*

Dear Judge Aaron:

We represent the plaintiff in the above-entitled action. We submit this letter to respectfully request that Your Honor adjourn the settlement conference scheduled for Dec. 11, 2019 to one of the following dates:

- Thursday, Jan. 09, 2020, Feb. 20, 2020, or Feb. 27, 2020; or
- Friday, Feb. 21, 2020, or Feb. 28, 2020.

Defendant East 14 Realty, LLC consents to this request and the above proposed dates[1]. Plaintiff makes this request as he cannot attend the settlement conference scheduled for Dec. 11, 2019 due to personal (non-medical) circumstances that arise from his recent hospitalization and stay at a nursing facility. Plaintiff previously requested an adjournment of the settlement conference that was to take place in Oct. 2019 and Your Honor granted the request.

Given the foregoing, we respectfully ask the Court to adjourn the settlement conference to one of the above dates.

Respectfully submitted,

/s/
Adam S. Hanski, Esq.

Motion GRANTED. The settlement conference in this matter is adjourned until Thursday, February 20, 2020 at 10:00 a.m. at United States Courthouse, 500 Pearl Street, New York, NY, in Courtroom 11C. The parties shall comply with Judge Aaron's Settlement Conference Procedures found on the SDNY website. No later than February 13, 2020, the parties shall advise the Court if the Plaintiff or Defendant's representative would prefer to participate by telephone. SO ORDERED.
Dated: December 9, 2019

---

[1] The adjournment request was not raised with H.K. Second Ave. Restaurant Inc.